7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:*  Kyle Paul Theobald and Linn NMN Theobald<br>*Debtor* | *Bankruptcy Case No.*<br>13–60595–abf7 |
| **The Bank of New York Mellon, FKA The Bank of New York**<br>**Select Portfolio Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE–HOLDERS, CWALT, INC., ALTERNATIVE LOAN TRUST 2007–HY7C MORTGAGE PASS–THR**<br>    Plaintiff(s) | *Adversary Case No.*<br>13–06025–abf |

v.

**Kyle Paul Theobald**
**Linn NMN Theobald**
**Mortgage Electronic Registration Systms., Inc.**
**Fred C. Moon**
    Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment by default in favor of Plaintiff, The Bank of New York Mellon, be and is hereby entered against separate Co–Defendants, Kyle P. Theobald, Linn Theobald, and Mortgage Electronic Systems(MERS) on Plaintiff's Petition for Declaratory Judgment and the Co–Defendant Chapter 7 Trustee's Counterclaim Pursuant to ll U.S.C. section 544(a) as modified by and in accordance with the Stipulated Settlement reached and announced on the record between Plaintiff, The Bank of New York Mellon and Co–Defendant and Counter–Claimant, Fred C. Moon, Chapter 7 Trustee.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 9/27/13

Court to serve