7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **In Re:**  Kyle Paul Theobald and Linn NMN Theobald<br>**Debtor** | **Bankruptcy Case No.**<br>13–60595–abf7 |
| **The Bank of New York Mellon, FKA The Bank of New York**<br>**Select Portfolio Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE–HOLDERS, CWALT, INC., ALTERNATIVE LOAN TRUST 2007–HY7C MORTGAGE PASS–THR**<br>    Plaintiff(s)<br><br>v.<br><br>**Kyle Paul Theobald**<br>**Linn NMN Theobald**<br>**Mortgage Electronic Registration Systms., Inc.**<br>**Fred C. Moon**<br>    Defendant(s) | **Adversary Case No.**<br>13–06025–abf |

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: Judgment is hereby entered against Plaintiff, The Bank of New York Mellon on the Co–Defendant, Chapter 7 Trustee's Counter–Claim, and against the Co–Defendant, Chapter 7 Trustee on Plaintiff's Complaint, in accordance with [Doc.#29], Judgment and Order Approving the terms and provisions of the Stipulated Settlement[doc.#24] and as set forth in the Amended Motion and Application[doc.#28] to Approve Stipulated Settlement[doc.#24] of Adversary Case No. 13–06025–ABF, filed in the above cause by the Co–Defendant/Counter–Claimant Chapter 7 Trustee, Fred Charles Moon, on October 9, 2013.

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson<br>
Court Executive<br><br>
By: /s/ Sharon Greene<br>
    Deputy Clerk

Date of issuance: 10/31/13

Court to serve